**<u>Exhibit 1</u>**

82592123;1

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Steven R. Wirth, Esq.
Peter O. Larsen, Esq. (*pro hac vice* admission forthcoming)
Raye Elliott, Esq. (*pro hac vice* admission forthcoming)
AKERMAN LLP
401 East Jackson Street, Suite 1700
Tampa, FL 33602
Telephone: (813) 233-7333
Email:  steven.wirth@akerman.com
         peter.larsen@akerman.com
         raye.elliott@akerman.com


Bradford J. Sandler, Esq.
Edward A. Corma, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Email:  bsandler@pszjlaw.com
         ecorma@pszjlaw.com


*Counsel to Plaintiff / Plan Administrator*

| | |
|---|---|
| In re:<br><br>20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath &<br>Beyond, Inc., *et.al.*,[1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Plan Administrator for<br>20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath &<br>Beyond, Inc.,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>TENNESSEE DEPARTMENT OF REVENUE, an<br>agency of the State of Tennessee,<br><br>　　　　　　　Defendant. | Adversary No. 25-01179 (VFP) |

**STIPULATION AND CONSENT ORDER EXTENDING**
**DEFENDANT'S TIME TO ANSWER COMPLAINT**

---

[1] The last four digits of Debtor Bed Bath & Beyond, Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's claims and noticing agent at https://restructuring.ra.kroll.com/bbby/.

82592123;1

(Page 2)

| | |
|---|---|
| Debtors: | 20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et. al.* |
| Case No.: | 23-13359 (VFP) |
| Adv. Proc.: | Goldberg v. Tennessee Department of Revenue, 25-01179 (VFP) |
| Caption of Order: | Stipulation and Consent Order Extending Defendant's Time to Answer Complaint |


      The relief set forth on the following pages, numbered three (3) through five (5), is

hereby **ORDERED.**

(Page 3)

| | |
|---|---|
| Debtors: | 20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et. al.* |
| Case No.: | 23-13359 (VFP) |
| Adv. Proc.: | Goldberg v. Tennessee Department of Revenue, 25-01179 (VFP) |
| Caption of Order: | Stipulation and Consent Order Extending |
| | Defendant's Time to Answer Complaint |

This stipulation and consent order (the "Stipulation") is made by and between Michael Goldberg, in his capacity as the Plan Administrator (the "Plan Administrator" or "Plaintiff") to 20230930-DK-Butterfly-1, Inc. (the "Wind-Down Debtors") (f/k/a Bed Bath & Beyond Inc. and affiliated Debtors, the "Debtors"),[2] and the Tennessee Department of Revenue, an agency of the State of Tennessee ("Defendant"). Plaintiff and Defendant, by and through their undersigned counsel, shall be collectively referred to herein as the "Parties" or individually as a "Party."

## RECITALS

A.     On April 23, 2023 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of New Jersey (the "Court"). The cases were jointly administered under the lead *case, In re Bed Bath & Beyond, Inc.,* et al., Case No. 23-13359 (VFP) (Bankr. D.N.J.).[3]

B.     On April 22, 2025, the Plan Administrator filed an adversary complaint against Defendant (the "Complaint"), thereby commencing the above-captioned adversary proceeding.

C.     On April 24, 2025, the Clerk of Court issued the *Summons and Notice of Pretrial Conference in an Adversary Proceeding* [Adv. D.I. 2] (the "Summons").

D.     On June 24, 2025, the Plan Administrator filed an *Application in Lieu of Motion in Support of Entry of Stipulation and Consent Order Extending Defendant's Time to Answer*

---

[2] Pursuant to the Certificate of Amendment of the Certificate of Incorporation of Bed Bath & Beyond Inc., which was filed with the State of New York Department of State on September 21, 2023, the name of the entity formerly known as "Bed Bath & Beyond Inc." was changed to 20230930-DK-Butterfly, Inc. [Filing ID No. 230921001833 DOS ID 315602].

[3] Unless otherwise indicated, docket references in this Stipulation refer to the lead case docket.

82592123;1

(Page 4)

| | |
|---|---|
| Debtors: | 20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et. al.* |
| Case No.: | 23-13359 (VFP) |
| Adv. Proc.: | Goldberg v. Tennessee Department of Revenue, 25-01179 (VFP) |
| Caption of Order: | Stipulation and Consent Order Extending Defendant's Time to Answer Complaint |

*Complain*t [Adv. D.I. 6], wherein the deadline for Defendant to answer or otherwise to respond

to the Complaint was extended to July 31, 2025.

E.    To avoid the cost of litigation while the Parties attempt to resolve the asserted

claims, the Parties hereby enter into this Stipulation, pursuant to which Plaintiff has agreed to

continue Defendant's time to answer or otherwise to respond to the Complaint through September

22, 2025.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, AND**

**UPON COURT APPROVAL OF THIS STIPULATION, IT IS ORDERED THAT:**

1.    Defendant shall have through and including **September 22, 2025** to answer or

otherwise to respond to the Complaint.

2.    This Stipulation is without prejudice to any Party's rights.

3.    The undersigned represent and warrant that they have full authority to execute

this Stipulation on behalf of the respective Parties and that the respective Parties have full

knowledge of, and have consented to, this Stipulation.

4.    This Stipulation may be executed in counterparts or by facsimile or other

electronic signature, and each such counterpart together with the others shall constitute one

and the same instrument.

82592123;1

(Page 5)

Debtors:            20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et. al.*
Case No.:           23-13359 (VFP)
Adv. Proc.:         Goldberg v. Tennessee Department of Revenue, 25-01179 (VFP)
Caption of Order:   Stipulation and Consent Order Extending
                    Defendant's Time to Answer Complaint

5.      The Court retains jurisdiction with respect to all matters arising from or related

to the implementation of this Stipulation, and the Parties hereby consent to such jurisdiction to

resolve any disputes or controversies arising from or related to this Stipulation.

Dated:  August 5, 2025

**AKERMAN LLP**

By: */s/ Steven R. Wirth*
Steven R. Wirth, Esq.
Email: steven.wirth@akerman.com
Raye C. Elliott, Esq. (*pro hac vice* admission
forthcoming)
Email:  raye.elliott@akerman.com
401 East Jackson Street, Suite 1700
Tampa, Florida 33602
Telephone: (813) 223-7333
Facsimile: (813) 223-2837

and

Peter O. Larsen, Esq. (*pro hac vice* admission
forthcoming)
Email: peter.larsen@akerman.com
50 North Laura Street, Suite 3100
Jacksonville, Florida 32202
Telephone: (904) 798-3700
Facsimile:  (904) 798-3730

and

**PACHULSKI STANG ZIEHL & JONES LLP**
Bradford J. Sandler, Esq.
Edward A. Corma, Esq.
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: bsandler@pszjlaw.com
        ecorma@pszjlaw.com

*Counsel for the Plan Administrator*

82592123;1